# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LUIZ MURATALLA-LUA, | ) | 1:07cv0969 LJO DLB |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| v. | ) | (Document 3) |
| DAVID R. MUGRIDGE, | ) | |
| Defendant. | ) | |

Plaintiff Luiz Muratalla-Lua ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action.

On July 23, 2007, the Magistrate Judge issued Findings and Recommendation that the action be DISMISSED without leave to amend for failure to state a claim. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days. Plaintiff has not filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated July 23, 2007, is ADOPTED IN FULL;
2. All pending motions are DENIED AS MOOT; and

1

2. The action is DISMISSED.

This terminates this action in its entirety.  The clerk is directed to close this action.

IT IS SO ORDERED.

**Dated:     August 29, 2007**                              /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE